**STATE of Missouri, Respondent,**

v.

**Falonzo DAVIS, Appellant.**

**WD 78571**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 16, 2016

Jeannie Willibey, Kansas City, MO, Counsel for Appellant

Mary Moore, Jefferson City, MO, Counsel for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

Mr. Falonzo Davis was appeals his conviction for second-degree murder, section 565.021, and armed criminal action, section 571.015, for the shooting death of Mr. Steven Jones.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).